1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,       No. CR S-94-0390-LKK-CMK

                                            CIV S-04-2563-LKK-CMK

12           Respondent,

13     vs.                     ORDER

14   ANTHONY L. NAVARRO,

15           Movant.

16   _____/

17           Movant, a federal prisoner proceeding pro se, has filed a motion pursuant to 28

18   U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to Local

19   Rule 72-302(c)(21).

20           On December 12, 2005, the magistrate judge filed findings and recommendations

21   herein which were served on movant and which contained notice to movant that any objections to

22   the findings and recommendations were to be filed within ten days. Movant has not filed

23   objections to the findings and recommendations.

24           Although it appears from the file that movant's copy of the findings and

25   recommendations was returned, petitioner was properly served. It is the movant's responsibility

26   to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(d),

1   service of documents at the record address of the party is fully effective.

2          The court has reviewed the file and finds the findings and recommendations to be

3   supported by the record and by the magistrate judge's analysis.

4          Accordingly, IT IS HEREBY ORDERED that:

5          1.    The findings and recommendations filed December 12, 2005, are adopted

6   with the following modification;

7          2.    Respondent's motion to dismiss is granted;

8          3.    Movant's motion pursuant to 28 U.S.C. § 2255 is dismissed, without

9   prejudice with leave to amend within 30 days.

10  DATED:  January 30, 2006.

11                          /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
12                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26