DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, CA Bar #126643
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY L. NAVARRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S 94-390 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S UNOPPOSED MOTION TO** |
| v. ) | **TERMINATE SUPERVISION PURSUANT TO** |
| ) | **18 U.S.C. § 3583(e)(1); ORDER** |
| ANTHONY L. NAVARRO, ) | |
| ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

**TO LAWRENCE G. BROWN, ACTING UNITED STATES ATTORNEY AND PHILLIP TALBERT, ASSISTANT UNITED STATES ATTORNEY, ATTORNEYS FOR THE PLAINTIFF:**

**PLEASE TAKE NOTICE** that the defendant, Anthony L. Navarro, through undersigned counsel, hereby moves the Court to terminate supervision pursuant to 18 U.S.C. § 3583(e)(1).

**I.   FACTS**

In 1995, Mr. Navarro was convicted of possession of cocaine and methamphetamine with intent to distribute in violation of 21 U.S.C. § 841.  He was released from the Bureau of Prison's custody on November 9, 2005.  He has been supervised by the United States Probation Office

1 in the Northern District of California for over three years. His
2 original term of supervision was five years.

3     On August 22, 2007, United States Probation Officer Mark Unalp of
4 the Northern District of California recommended that Mr. Navarro be
5 terminated from supervision because he met the criteria for early
6 termination. Mr. Unalp reported that Mr. Navarro has worked since his
7 release, paid his special assessment and successfully completed drug
8 aftercare testing. See Exhibit 1. Unscheduled home and employment
9 visits had been conducted and no problems were observed. Id. The
10 Eastern District probation office requested that Mr. Navarro complete
11 three years of supervision prior to termination.

12     Mr. Navarro has now completed three years of supervision (as of
13 November 8, 2008). His conduct has continued to be excellent and he
14 has had no violations or other problems. He continues to meet the
15 criteria for early termination. Attached are two complimentary letters
16 from employers of Mr. Navarro. See Exhibit 2. Undersigned counsel
17 consulted by telephone with Senior United States Probation Officer John
18 Poglinco in this district, who has no opposition to this request.
19 Counsel for the government, Phillip Talbert, has also been consulted
20 and has no opposition to this request.

21 **II.  LAW**

22     18 U.S.C. 3583(e)(1) states that the Court may terminate
23 supervision at any time after one year if the Court is "satisfied that
24 such action is warranted by the conduct of the defendant" and if such
25 action is in the interests of justice. Based on the recommendation of
26 the U.S. Probation Office, Mr. Navarro respectfully requests that
27 supervision be terminated.

28

Motion to Terminate
Supervision                                               -2-

**CONCLUSION**

For the foregoing reasons, the defendant, Anthony L. Navarro, respectfully requests that the term of supervised release be terminated

Dated: January 8, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
MARY M. FRENCH
Supervising Assistant Federal Defender
Attorney for Defendant
ANTHONY L. NAVARRO

**O R D E R**

Pursuant to 18 U.S.C. § 3583(e), Anthony L. Navarro's term of supervised release is ordered terminated, effective immediately. Early termination is warranted based on the conduct of the releasee and is in the interests of justice.

Dated: January 9, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT